## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CITY OF BATON ROUGE / EAST BATON ROUGE PARISH, CONSOLIDATED PARISH EMPLOYEES RETIREMENT SYSTEM and POLICE GUARANTY FUND<br><br>*Plaintiffs*,<br><br>v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>*Defendants*. | CASE NO. 3:19-cv-00725-SDD-RLB<br><br>CHIEF JUDGE SHELLY D. DICK<br><br>MAGISTRATE JUDGE<br>RICHARD L. BOURGEOIS, JR. |

## DEFENDANT BANK OF AMERICA, N.A.'S
## MOTION TO DISMISS UNDER RULE 12(B)(6)

Defendant Bank of America, N.A. ("BANA") moves to dismiss the claims asserted against it in the Complaint for Damages ("Complaint") filed by the City of Baton Rouge / East Baton Rouge Parish, Consolidated Parish Employees Retirement System, and the Police Guaranty Fund (collectively, "Plaintiffs"), under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted. BANA files with this Motion its Memorandum of Law in Support and a Proposed Order.

Dated:  December 19, 2019                    Respectfully submitted,

/s/ *Michael D. Ferachi*
Michael D. Ferachi (Bar Roll No. 19566) (lead attorney)
Zelma M. Frederick (Bar Roll No. 31459)
McGLINCHEY STAFFORD, PLLC
301 Main Street, 14th Floor
Baton Rouge, LA 70801
Telephone: (225) 383-9000
Facsimile: (225) 343-3076
mferachi@mcglinchey.com
zfrederick@mcglinchey.com

*Attorneys for Bank of America, N.A.*

## Certificate of Service

I HEREBY CERTIFY that on this 19th day of December 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                        Respectfully submitted,

                        /s/ *Michael D. Ferachi*
                        Michael D. Ferachi (Bar Roll No. 19566)