# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

---------------------------------------------------------------x
CITY OF BATON ROUGE/EAST BATON
ROUGE PARISH, CONSOLIDATED PARISH
EMPLOYEES RETIREMENT SYSTEM and
POLICY GUARANTY FUND,

    Plaintiffs,

    v.

BANK OF AMERICA, N.A.; BARCLAYS
BANK PLC; BARCLAYS CAPITAL INC.; BNP
PARIBAS SECURITIES CORP.;
CITIGROUP GLOBAL MARKETS INC.,
CREDIT SUISSE AG; CREDIT SUISSE
SECURITIES (USA) LLC; WELLS FARGO
BANK, N.A.; CAPITAL ONE BANK;
GOLDMAN SACHS & CO. LLC;  J.P.
MORGAN CHASE BANK, N.A., J.P. MORGAN
SECURITIES LLC; MERRILL LYNCH;
MORGAN KEEGAN/RAYMOND JAMES;
STIFEL; UBS SECURITIES LLC;
 and UNNAMED COCONSPIRATORS,

    Defendants.
---------------------------------------------------------------x

Civil Action No. 3:19-cv-00725-SDD-RLB

## DEFENDANT WELLS FARGO BANK, N.A.'S
## MOTION TO DISMISS UNDER RULE 12(B)(6)

Defendant Wells Fargo Bank, N.A. ("Wells Fargo Bank") moves to dismiss the claim asserted against it in the Complaint filed by the City of Baton Rouge / East Baton Rouge Parish, Consolidated Parish Employees Retirement System, and the Police Guaranty Fund (collectively, "Plaintiffs"), under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.  Wells Fargo Bank files this motion with its Memorandum of Law in Support, a Proposed Order, and the Declaration of Nancy Degan, Esq., in Support.

| | |
|---|---|
| Dated:  December 24, 2019 | /s/ *Nancy Scott Degan* <br> Nancy Scott Degan (LA Bar No. 01819) <br> Baker, Donelson, Bearman, Caldwell <br> & Berkowitz, PC <br> 201 St. Charles Avenue, Suite 3600 <br> New Orleans, LA 70170 <br> Telephone: (504) 566-5249 <br> Facsimile: (504) 636-4000 <br> ndegan@bakerdonelson.com <br><br> *Attorneys for Wells Fargo Bank, N.A.* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of December 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Nancy Scott Degan*
NANCY SCOTT DEGAN