UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CITY OF BATON ROUGE/<br>EAST BATON ROUGE PARISH,<br>CONSOLIDATED PARISH EMPLOYEES<br>RETIREMENT SYSTEM and POLICE<br>GUARANTY FUND<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>Defendants. | Civil Action No. 3:19-cv-00725-SDD-RLB |

### DEFENDANT BARCLAYS BANK PLC'S MOTION TO DISMISS
### PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(B)(2) AND 12(B)(6)

**NOW INTO COURT**, through undersigned counsel, comes Defendant Barclays Bank, PLC ("BBPLC"),[1] and pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), respectfully moves this Honorable Court to dismiss City of Baton Rouge/East Baton Rouge Parish, Consolidated Parish Employees Retirement System and Police Guaranty Fund's ("Plaintiffs") claims against BBPLC for lack of personal jurisdiction and failure to state a claim.

For the reasons set forth in the accompanying memorandum in support of this motion, this Court lacks personal jurisdiction over BBPLC, which is a financial institution organized under the laws of England and Wales. Thus, BBPLC respectfully requests that Plaintiffs' Amended Complaint be dismissed under Federal Rule of Civil Procedure 12(b)(2). Additionally, Plaintiffs'

---

[1] Barclays Bank PLC responds only on its own behalf. It does not respond on behalf of Barclays Capital Inc., which is a separate and distinct entity.

Amended Complaint should be dismissed under Federal Rule of Civil Procedure 12(b)(6) because Plaintiffs fail to allege any facts to support wrongdoing by BBPLC.

**WHEREFORE**, Defendant BBPLC respectfully prays that this Motion to Dismiss be granted and that Plaintiffs' claims against BBPLC be dismissed with prejudice in their entirety.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   */s/ R. Harrison Golden*
David L. Patrón (Bar #22566)
R. Harrison Golden (Bar #38468)
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
patrond@phelps.com
harris.golden@phelps.com

**ATTORNEYS FOR BARCLAYS BANK PLC**

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 9th day of January, 2020, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

*/s/ R. Harrison Golden*
R. Harrison Golden